UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

RAINBOW REEFERS LTD.,

                                  Plaintiff,

    - against -

FISHERMAN STAR LTD.,

                                  Defendant.

-------------------------------------------------------------------X

JUN 2 1 2007

U.S.D.N.Y.
07 CV
CASHIERS

ECF CASE

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney

of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or

affiliates of the Plaintiff:

                          NONE.

Dated: June 20, 2007
       New York, NY

                             The Plaintiff,
                             RAINBOW REEFERS LTD.

By: _____
                             Charles E. Murphy (CM 2125)
                             LENNON, MURPHY & LENNON, LLC
                             The Gray Bar Building
                             420 Lexington Ave., Suite 300
                             New York, NY 10170
                             (212) 490-6050
                             facsimile (212) 490-6070
                             cem@lenmur.com