

PRESKA, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
RAINBOW REEFERS LTD.,

          Plaintiff,

- against -

FISHERMAN STAR LTD.,

          Defendant.
----------------------------------------X

07 CV 5900 (LAP)

ECF CASE

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, there having been no appearance from the defendant, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Fed.R.Civ.P. 41(a). The maritime attachment is hereby vacated and the garnishees are directed to release any funds under restraint.

Dated: July 16, 2007
New York, NY

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

_Loretta A. Preska_
LORETTA A. PRESKA, U.S.D.J.
July 16, 2007

The Plaintiff,
RAINBOW REEFERS LTD.

By: _Charles E. Murphy_
Charles E. Murphy (CM 2125)
LENNON, MURPHY & LENNON, LLC
The Gray Bar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050
facsimile (212) 490-6070
cem@lenmur.com

SO ORDERED:

_____
U.S.D.J.